CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

MAR 18 2008

JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

| | |
|---|---|
| MILDRED L. REEL,<br>*Plaintiff,* | CIVIL NO. 3:07cv00043 |
| v. | ORDER |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY,<br>*Defendant* | JUDGE NORMAN K. MOON |

On August 16, 2007, I referred this case to the Honorable B. Waugh Crigler, United States Magistrate Judge, for proposed findings of fact and a recommended disposition. The defendant subsequently filed a motion to remand the case, pursuant to 42 U.S.C. § 405(g), to the Commissioner and on February 29, 2008, the Magistrate Judge filed a Report and Recommendation ("Report"). In the Report, Judge Crigler recommended that the defendant's motion to remand (docket entry no. 16) be granted. After a review of the entire record in this case, and no objection having been filed to the Report within ten days of its service upon the parties, I adopt the Report in its entirety.

Accordingly:

1. the February 29, 2008 Report shall be, and it hereby is, ADOPTED in its entirety;

2. Plaintiff's motion for summary judgment (docket entry no. 13) is hereby DENIED;

3. Defendant's motion to remand (docket entry no. 16) is hereby GRANTED; and

4. the case is hereby REMANDED to the Commissioner for further proceedings consistent with the direction given in the Report.

The Clerk of the Court hereby is directed to send a certified copy of this Order to all counsel of record.

It is so ORDERED.

ENTER: This 18th day of March, 2008.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE